# HaydenMilliken

HAYDEN, MILLIKEN & BOERINGER, P.A.

5915 PONCE DE LEON BOULEVARD
SUITE 63
MIAMI, FLORIDA 33146-2435
TELEPHONE (305) 662-1523
FAX (305) 663-1358
www.hayden-milliken.com

TAMPA, FL OFFICE

Reginald M. Hayden, Jr.
Florida Certified Circuit Court Mediator
rhayden@hayden-milliken.com
direct dial (305) 779-8323

November 23, 2009

4923 S. WEST SHORE BLVD.
TAMPA, FLORIDA 33611
TELEPHONE (813) 251-1770
FAX (813) 254-5436
E-MAIL ckoehler@hayden-milliken.com

Biscayne Towing & Salvage, Inc.
c/o Cassidy & Black
Attn: Michael Black, Esq.
8370 W. Flagler Street
Miami, FL 33144

    RE:   *M/Y: NO COMPROMISE*
           Alleged Claim - June 12, 2009

           Biscayne Towing & Salvage, Inc. vs. Leonardo Carbajales, in personam, and M/Y NO COMPROMISE, Australia O.N. 858441, its engines, boats, equipment, machinery, furnishings, apparel and appurtenances, etc., in rem.

           United States District Court, Southern District of Florida, In Admiralty
           Case No.: 09-22215 CIV/UNGARO  Magistrate Judge Simonton

           Our File: 18456

Gentlemen:

    In consideration of your refraining from arresting the *M/Y NO COMPROMISE*, (the Vessel) or any other property of the owner of the vessel in connection with the above claim for alleged salvage on or about June 12, 2009, or otherwise calling for provision of security, The Northern Assurance Company of America, pursuant to Policy N5JH23698, in effect from April 1, 2009 to April 10, 2010, hereby agrees to the following:

    1. WE HEREBY UNDERTAKE TO PAY OR SATISFY any sum together with interest and costs, not exceeding One Hundred and Fifty Thousand U.S.Dollars (USD $150,000.00), pursuant to a final award, decree, or final judgment, after exhaustion of all appeals, if any, between Biscayne Towing & Salvage, Inc., on one side and *M/Y NO COMPROMISE* and its owner on the other side, or any other amount as agreed between

November 23, 2009
Page 2

the parties in writing, said payment or satisfaction to be made within thirty (30) days of final award, decree, or final judgment, after exhaustion of all appeals, if any, unless otherwise agreed in writing.

2. Any appearance and claim filed shall stand with the same force and effect as if the *M/Y NO COMPROMISE* had been seized under warrant for arrest and had, thereafter, been duly released by the deposit of a surety bond to respond to the Complaint and Demand for Arbitration in said suit.

3. It is agreed that Hayden, Milliken & Boeringer, P.A., 5915 Ponce De Leon Boulevard, Suite 63, Miami, Florida 33146, will appear and file a Claim of Owner on behalf of the vessel in the United States District Court proceedings, without prejudice to all defenses available to the vessel and her owners.

4. This undertaking is given without prejudice to all rights and defenses which may be available to the vessel or its owners, according to any contracts, international conventions or local laws.

5. It is understood and agreed that the signing of this letter by International Marine Underwriters shall not be construed as binding upon him personally, but is to be binding only upon The Northern Assurance Company of America

6. This Undertaking shall be governed by, and construed in accordance with, the law of the United States of America.

Very truly yours,

International Marine Underwriters as Marine
Managers for The Northern Assurance Company
of America

By: _____
Joseph Gallagher
Claims Manager

J. Gallagher
Senior Claims Manager
International Marine Underwriters
3625 Cumberland Blvd. S-C#100
Atlanta, GA 30339